WINN & LOVETT GROCERY COMPANY v. MEARL F. FARRINGTON.

24 So. (2nd) 111                      June Term, 1945
December 18, 1945                      Division B

*Howell, McCarthy, Lane & Howell, Charles Cook Howell, Edward McCarthy, Jr.,* and *Charles Cook Howell, Jr.,* for petitioner.

*Will O. Murrell,* for respondent.

PER CURIAM:

The petition for certiorari to review an order of the Circuit Court, reversing an order of the Civil Court of Record granting a motion for new trial, is denied.

CHAPMAN, C. J., BROWN, BUFORD and THOMAS, JJ., concur.